

**Lawrence M. Pearson**
lpearson@wigdorlaw.com

January 5, 2024

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
January 8, 2024

Re:   Barbara Delo v. Paul Taylor Dance Foundation, Inc. d/b/a Paul Taylor Dance Company, et al. Case No. 22-cv-09416 (RA)

Dear Judge Abrams:

We represent the Plaintiff in this matter and write jointly with Defendants' counsel to inform the Court that the parties anticipate being in a position to file a stipulation of dismissal no later than Friday, January 19, 2024, and respectfully request that the Court issue an order providing the parties until that date to submit a stipulation of dismissal.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Lawrence M. Pearson

Cc:   All counsel of record (*via* ECF)